**No. 40379.**—Petition 5699–R of Ashworth Bros., Inc. (Boston).

Opinion by DALLINGER, J. It appeared that the petitioner acted upon information received from the manufacturers of the chains abroad and that the entry was made without any intention to defraud the revenue. Being satisfied that the entry was made in good faith the court granted the petition.

**No. 40380.**—Petition 5643–R of Jenkins Bros. (New York).

Opinion by DALLINGER, J. It was found that the petitioners honestly believed that their entered values were correct and that they exhausted every available legal remedy in an attempt to vindicate such belief. As there was no intention to defraud the petition was granted.

**No. 40381.**—Petition 5650–R of Lovell Dressel Co., Inc. (New York).

Opinion by DALLINGER, J. Being satisfied of the good faith of the petitioner and that the entry was made without any intention to defraud, the court granted the petition.

BEFORE THE THIRD DIVISION, JANUARY 10, 1939

**No. 40382.**—Protest 952982–G of Nathan Nibley (Los Angeles).

Opinion by CLINE, J. There was no appearance on the part of the plaintiff when this case was called for trial. On the record presented the protest was overruled.

**No. 40383.**—Protest 955699–G of Wm. S. Honigbaum (New York).

Opinion by CLINE, J. The protest was submitted without evidence in support of the claim made. On the record presented it was overruled.

**No. 40384.**—Petitions 5570–R, etc., of Mitsubishi Shoji Kaisha, Ltd. (Portland, Maine, etc.).

Opinion by EVANS, J. The record was found to be sufficient to show that the person making the entry placed an interpretation on the information he received from abroad different from that placed thereon by the customs officials. It was found that the importer was without intention to deceive or defraud the Government. The petitions were therefore granted.